**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARK AND PATRICIA MUEHLER, | ) | Case No. 13-40209 |
| Debtors. | ) | Honorable Timothy A. Barnes |

**NOTICE OF MOTION**

TO:    ALL ECF REGISTRANTS; and by First Class Mail to:

Mark and Patricia Muehler, 13044 Chicago – Bloomington Trail, Homer Glen IL 60491

Patrick S. Layng / Stephen G. Wolfe, 219 S Dearborn St, Room 873, Chicago IL 60604

Jessica S Naples, Codilis & Associates, PC, 15W030 North Frontage Rd, Ste.100, Burr Ridge IL 60527

Kenneth W Bach, Johnson Blumberg & Assoc, 230 W. Monroe St, Ste 1125, Chicago IL 60606

Cari A Kauffman / Stacey O'Stafy, Manley Deas Kochalski, LLC, POB 165028, Columbus OH 43216-5028

Patrcia B. Fugee/ Brian T Bedinghaus Roetzel & Andress, LPA, 20 S Clark St, Suite 300, Chicago IL 60603

Mark D Belongia, Belongia Shapiro, LLP, 20 South Clark Street, Suite 300, Chicago IL 60603

Peter C. Bastianen, Codilis & Associates, 15W030 N Frontage Rd, Suite 100, Burr Ridge IL 60527

Kenneth W. Bach, Johnson Blumberg & Associates, 230 W Monroe St, Suite 1125, Chicago IL 60606

Cari A. Kauffman, Manley Deas Kochalski LLC, POB 165028, Columbus OH 43216-5028

Monette W. Cope, Weltman Weinberg & Reis Co LPA, 180 N LaSalle St, Suite 2400, Chicago IL 60601

Toni Dillon, Pierce & Associates, PC, 1 N Dearborn St, Suite 1300, Chicago IL 60602

**PLEASE TAKE NOTICE** that the undersigned has filed the attached **FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND EXPENSE REIMBURSEMENT PURSUANT TO 11 U.S.C. § 330**, and said motion shall be heard on **JULY 15, 2014,** at the hour of **10:00 a.m.** before the Honorable Thomas A. Barnes or any judge sitting in his stead, in Room 613 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois.  A copy of the motion is attached hereto.

/s/ Deborah K. Ebner
DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 61816159)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

I, DEBORAH K. EBNER, hereby certify that on June 11, 2014, I caused copies of this Notice along with the attached Motion to be served by first class mail to the person listed above and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

/s/ Deborah K. Ebner

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re:                                          )       Chapter 11
                                                )       Case No. 13-40209
        MARK AND PATRICIA MUEHLER,              )       Honorable Timothy A. Barnes
                               Debtors.         )

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:          Law Office of Deborah Kanner Ebner

Authorized to Provide
Professional Services to:          Mark and Patricia Muehler (Debtors)

Date of Order Authorizing Employment:     November 6, 2013, effective October 14, 2013

Period for Which
Compensation is Sought:     January 28, 2014 through July 15, 2014

Amount of Fees Sought:     $39,607.50
Amount of Expense
Reimbursement Sought:     $    373.90

This is an:  Interim Application _____ Final Application ___X___

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| Date Filed | Period Covered | (Fees & Expenses) | Allowed and Paid |
| 1/28/14 | 10/14/13 through 1/27/14 | $44,944.50 (fees) | $43,951.95 (fees) |
| | | $ 2,155.80 (expenses) | $ 2,155.80 (expenses) |

Applicant: Law Office of Deborah Kanner Ebner

Date:  June 11, 2014              By:    /s/Deborah K. Ebner, Esq.
                                         Deborah K. Ebner, Esq.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 13-40209 |
| MARK AND PATRICIA MUEHLER, | ) | Honorable Timothy A. Barnes |
| Debtors. | ) | |

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND EXPENSE REIMBURSEMENT PURSUANT TO 11 U.S.C. § 330**

Deborah K. Ebner of the Law Office of Deborah Kanner Ebner (hereinafter referred to as "Ebner Law"), Counsel for Debtors, Mark and Patricia Muehler, (the "Debtors"), requests that this Honorable Court enter an Order, pursuant to § 330 of the Bankruptcy Code, to allow the administrative claim of Ebner Law for final fees and expenses as an administrative expense of this estate and to direct payment thereof. In support thereof, the Ebner Law states as follows:

**I.      INTRODUCTION**

1.      On October 14, 2013, (the "Petition Date), the Debtors filed a voluntary petition under the small business provisions of Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in this District.  Subsequent thereto, the Debtors have continued to manage and operate their property and affairs as Debtor-in-possession under the supervision of this Court pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  Mark and Patricia Muehler sought the assistance of this Court for the restructure of their debt.  The Debtors have reached agreement, if most, if not all, with all of their creditors, and now proceed to Plan confirmation.

2.      Neither a trustee nor a committee of creditors were appointed in this case.

**II.      NATURE OF DEBTORS' BUSINESS OPERATIONS**

3.      Mark and Patricia Muehler (hereinafter the "Muehlers" or "Debtors") are real estate brokers, and owners and developers currently of approximately twenty (23) parcels of real estate (the "Properties") in the western suburbs of Chicago, IL. Debtors earlier in their business

3

operation had established various partnerships or limited liability companies to facilitate

ownership and development of their realty properties.  Over the past several years, the continued

use of these partnerships or limited liability companies has been abandoned, with the realty now

titled in either the names of the debtors and/or their former partners or in various land trusts,

mainly trusts maintained at Standard Bank and Trust, one of the principal lenders to Debtors.

4.      During the course of this Chapter 11, Debtors have continued their business

operations, and, with assistance of counsel, have (a) obtained orders of this Court authorizing

them to finance their business working capital requirements and living expenses, if necessary, by

utilizing the sales proceeds received from a prepetition sale of 447 Dunlop, Fontana, Wisconsin;

and have (b) established adequate protection for ten lenders.[1]  In addition, with assistance of

counsel, Debtors have resolved their dispute with Standard Bank and all of the others secured

lenders, and are now proceeding toward confirmation of a First Amended Plan of

Reorganization.

5.      Pursuant to the terms of the proposed First Amended Plan of Reorganization,

Debtors shall market their properties for sale in order to satisfy secured debt encumbering any

parcel that is sold, and to use the "profit" thusly realized from said sale(s) to otherwise pay

creditors in order of that priority required by the United States Bankruptcy Code.

6.      As stated with particularity in the First Amended Disclosure Statement, also

scheduled for hearing on July 15, 2014, the foregoing described process will enable the Muehlers

to pay a 100% distribution to creditors.

7.      On November 6, 2013, pursuant to Application of the Debtors, this Court entered

its Order authorizing the retention of Ebner Law for legal representation of the Debtor-in-

---

[1] In an effort to create liquidity, Debtors consummated an arms length sale transaction with a third party prior to the Chapter 11 petition. Debtors intend to use these proceeds to capitalize their Chapter 11 operations, for the benefit of all creditors.

possession.   The effective date of the Order was October 14, 2013. A copy of that Order is attached hereto as **Exhibit A**. On February 25, 2014, Ebner Law presented its First Interim Application for Compensation. A copy of the Order resulting from the February 25, 2014 Interim Application is attached hereto and incorporated herein as **Exhibit B**.  As recited in Exhibit B, Ebner sought interim fees in the amount of $44,944.50, and was allowed (and paid) $43,951.95.

8.      This is the Final Application for Compensation filed by Ebner Law in this case. As part of this Application, Ebner seeks reconsideration of previously denied fees in the amount of $992.55, approval, as final, of the prior award, and, approval as final, all amounts sought for services rendered and costs expended from January 28, 2014 through July 15, 2014[2].

9.      From January 28, 2014 through July 15, 2014 (the "Application Period"), Ebner Law has rendered 103.1 hours of legal services on behalf of the Debtors. For these services, Ebner Law seeks $39,607.50 as and for compensable time.

10.     Legal services for which Ebner Law seeks compensation on behalf of the Debtors are categorized into five categories. Summarized below by category are the services rendered by Ebner Law Office during the period covered by this Application:

10.1    Case Administration: Professional services provided in this category includes continuing to advise the Debtors of their bankruptcy duties and options, including ongoing explanation of their litigation, financing and operational issues. Ebner Law assisted the Debtors with preparation of all operating reports and debtor/creditor issues. Furthermore, with the assistance of a newly retained financial advisor, Ebner Law crafted a solution to a potential impediment to Plan confirmation. Ebner Law Office represented the Debtors in various meetings with the Office of the U.S. Trustee and with attorneys for Standard Bank and other secured

---

[2] This Application includes a compensation request for estimated time for preparation for hearing on Adequacy of Disclosure Statement and Plan confirmation; representation during claim objection process, and post-confirmation issues.

lenders regarding issues, concerns, case status, and case exit strategies. In connection with the foregoing, Ebner Law spent 11.4 hours for which it requests allowance and payment of final compensation in the amount of $4,027.00 in this matter category. The itemized statement of services performed by Ebner Law for this matter category is attached hereto as **Exhibit C**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| **Name** | **Hours** | **Rate (per hour)** | **Amount** |
|---|---|---|---|
| Deborah K. Ebner | 8.6<br>1.0 | $395<br>$0 | $3,397.00<br>$0.00 |
| Jerrold V. Hobfoll | 1.8 | $350 | $63.00 |
| **Total:** | **11.4** | | **$4,027.00** |

10.2   Claim Administration: Professional services provided in this category include preparation of a motion to set bar date, and, addressing certain issues relative to determining which creditors have valid priority claims, valid secured claims, and, review and analysis of all back-up to determine impairment issues, and resolution of all claims of secured creditors.  In connection with the foregoing, Ebner Law spent 3.4 hours for which it requests allowance and payment of final compensation in the amount of $1,343.00 in this matter category. The itemized statement of services performed by Ebner Law for this matter category is attached as **Exhibit D**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|------|-------|-----------------|--------|
| Deborah K. Ebner | 3.4 | $395 | $1,343.00 |
| **Total:** | **3.4** | | **$1,343.00** |

10.3    Fee/Employment Applications: Ebner Law determined the need for, and prepared and presented the Debtors' Motion to Retain a Financial Advisor. This time includes background discussions to ascertain need for financial advisory assistance, negotiation, and preparation of a draft application, and attendance at the court hearing in connection with this application. The time also includes the time spent in preparation of the instant application. In connection with the foregoing, Ebner Law spent 4.6 hours for which it requests allowance and payment of final compensation in the amount of $1,415.00 in this matter category.  The itemized statement of services performed by Ebner Law for this matter category is attached as **Exhibit E**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|------|-------|-----------------|--------|
| Deborah K. Ebner | 3.4 | $395 | $1,343.00 |
| Elizabeth Daleccio[3] | 1.2 | $60 | $72.00 |
| **Total:** | **4.6** | | **$1,415.00** |

10.4    Litigation: The time spent by Ebner Law in this category relates to communication with Standard Bank about its pursuit of a non-dischargeability action, and

---

[3] Elizabeth Daleccio (ED) is the Administrative Assistant of Deborah K. Ebner.  In order to conserve resources of the Debtor, Ebner assigned certain tasks to ED instead of utilizing more expensive attorney services.

editing several agreed orders relating to date preservation.  In connection with the foregoing, Ebner Law Office spent 5.3 hours for which it requests allowance and payment of final compensation in the amount of $2,093.50 in this matter category.  The itemized statement of services performed by Ebner Law for this matter category is attached as **Exhibit F**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|---|---|---|---|
| Deborah K. Ebner | 5.3 | $395 | $2,093.50 |
| **Total:** | **5.3** | | **$2,093.50** |

10.5    Plan and Disclosure: Ebner Law has worked with all parties and drafted a preliminary Plan, the First Amended Plan of Reorganization, the Disclosure Statement, and the First Amended Disclosure Statement, with all exhibits and Ballots.  To date, Ebner Law has expended 83.2 hours and seeks final compensation in the amount of $32,625.00 in this matter category. The itemized statement of services performed by Ebner Law for this matter category is attached as **Exhibit G**. In the table set forth below is a listing of the professionals who billed time to each matter category during the Application Period, those professionals' hourly rates, and the aggregate amount billed to the matter category by each professional.

| Name | Hours | Rate (per hour) | Amount |
|---|---|---|---|
| Deborah K. Ebner | 74.6 | $395 | $29,467.00 |
|  | .3 | $0 | $0.00 |
| Dennis E. Quaid | 6.3 | $450 | $2,835.00 |

| Jerrold V. Hobfoll | .7 | $350 | $245.00 |
|---|---|---|---|
| Elizabeth Daleccio | 1.3 | $60 | $78.00 |
| **Total:** | **83.2** | | **$32,625.00** |

The First Amended Disclosure Statement and the First Amended Plan of Reorganization are scheduled for adequacy, and confirmation, respectively for July 15, 2014.

11.    An itemized and detailed statement of the services rendered by Ebner Law Office during the Application Period, by category, is attached hereto as **Exhibit H**. Every effort has been made to avoid duplication of services by attorneys within the Ebner Law Office. When more than one attorney participated in any matter or hearing, such joint participation was necessary because of the complexity of the legal issues involved, the division of responsibilities among co-counsel, the various legal disciplines required, or the need to familiarize a person with such matters so that he or she could independently perform further necessary work thereon.

12.    Ebner Law regularly made and kept records of services on behalf of the Debtor, including a summary or description of the services rendered, the date the services were rendered and the time expended to render the services, in one-tenth hour increments. Specifically, each attorney rendering service maintained and recorded by means of direct entry into a computerized time and billing system maintained by Ebner Law, services rendered.

13.    Ebner Law consists of Deborah K. Ebner, principal, and "of Counsel" affiliates. The of Counsel affiliates have a permanent relationship with Ebner Law, as disclosed in their affidavits.  Attorneys rendering service on this engagement as follows:

        (a)    Deborah K. Ebner is an Attorney who has been duly licensed by the State
               of Illinois for more than 30 years, and has concentrated her practice in the
               area of bankruptcy law for almost all of those years.  She has served as a

panel trustee since in or about 1983, and has served as counsel for Debtors

in many hundreds of cases. Her counsel hourly rate is $395.00.

(b)     Dennis E. Quaid is an Attorney who has been duly licensed by the State of

Illinois for more than 40 years, and has concentrated his practice in the

area of bankruptcy law for almost all of those years. He has served as

counsel for Debtors and Debtors-in-possession in hundreds of cases. His

of Counsel hourly rate is $450.00.

(c)     Jerrold V. Hobfoll is an Attorney who has been duly licensed by the State

of Illinois for more than 20 years, and has concentrated his practice in the

area of real estate for almost all of those years. His of Counsel hourly rate

is $350.00.

(d)     Linda M. Kujaca is an Attorney who has been duly licensed by the State

of Illinois for more than 15 years, and has concentrated her practice in the

area of bankruptcy and litigation for almost all of those years. Her of

Counsel hourly rate is $315.00. As of October 10, 2013, Linda M.

Kujaca's of Counsel affiliation with Ebner Law terminated.

14.     Ebner Law asks this Court to award final compensation in the amount of

$39,607.50 for 103.1 hours of service which the firm has rendered during the Application Period

on behalf of the Debtors. In addition, Ebner Law requests reconsideration of time previously

disallowed, as articulated in Exhibit B, for the following reasons:

A. No Benefit To Estate: Mr. Hobfoll only renders service on this engagement on

real estate issues, and nothing else. Accordingly, he rendered only 2.5 hours of

service from 1/28/14 through 7/15/14, as that was the extent of real estate

service required. At this time, Applicant requests that the Court reconsider the

$280.00 of service rendered in her First Application, since those hours reflect

Mr. Hobfoll's rendition of necessary real estate services during that

application period.  As a point of information for this Court, Mr. Hobfoll

rendered <u>6.4</u> hours for a total of <u>$2,240.00</u> in professional service in

preparation of this case for filing during the pre-petition period.  This is a real

estate driven case and Mr. Hobfoll's real estate expertise was critical for

administration of this Estate.  Furthermore, services rendered were efficient

and effective.

B. <u>Computational of Typographical Error:</u> Time in the amount of $84.50 was

disallowed as a typographical error since two different attorneys billed for the

same conference, but in different amounts. These differing entries reflect no

typographical errors. The service(s) in question required the skill sets of <u>both</u>

Quaid and Ebner.  As soon as the client understood the issue, one or the other

of Ebner or Quaid would leave the conference to avoid duplication.

C. <u>Lumping:</u> Lastly, Ebner seeks approval of all prior awards as Final. Certain

services were indeed "lumped," since service in many categories were

performed at one time and in the same sitting, as a result of which

"unlumping" is highly complicated, and destined to contain inaccuracies.

15.    All services for which Ebner Law seeks compensation hereunder were rendered

solely on behalf of the Debtors-in-possession.

16.    The rate of compensation sought by Ebner Law Office for services rendered to the

Debtor is <u>well</u> within the parameters of the rates other attorneys of similar experience, expertise

and reputation generally seek as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

17.     In connection with the performance of the services rendered herein, Ebner Law has incurred actual and necessary expenses for which it requests reimbursement in the amount of $373.90[4]. These expenses were rendered primarily in connection with the copying and service of motions and other pleadings filed with this Court. All of the expenses for which reimbursement is requested are of a type previously allowed by this Court and other courts in this jurisdiction. A detailed listing of the expenses requested herein is attached hereto as **Exhibit I**.

18.     Ebner Law has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Debtors.

19.     No person, firm or entity has promised to provide Ebner Law any compensation or reimbursement for services rendered or expenses incurred on behalf of the Debtors-in-possession.

20.     Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Debtors.

21.     A copy of this Application has been served upon the Debtors, the Office of the U.S. Trustee, all creditors and parties in interest.  Applicant has discussed the contents of this Application with Debtors.

---

[4] Copy charges for the Disclosure Statement and Ballot package was paid directly by the Debtor.

**WHEREFORE**, for the foregoing reasons, Applicant Deborah K. Ebner of the Law Office of Deborah Kanner Ebner, respectfully asks this Honorable Court to grant the following relief:

I.      To award the Law Office of Deborah Kanner Ebner final compensation in the amount of $39,607.50;

II.     To award the Law Office of Deborah Kanner Ebner previously denied fee in the amount of $992.55;

III.    To declare all prior compensation and expense awarded as final;

IV.     To direct Debtors in Possession to forthwith remit to Ebner Law the amount of $39,607.50, said amount being the amount of final compensation remaining outstanding;

V.      To award the Law Office of Deborah Kanner Ebner final reimbursement of expenses in the amount of $373.90;

VI.     To direct Debtors in Possession to forthwith remit to Ebner Law the amount of $373.90, as and for final expense reimbursement; and

VII.    To grant the Law Office of Deborah Kanner Ebner such other and further relief as the Court upon hearing shall deem just and equitable.

Respectfully submitted,
MARK AND PATRICIA MUEHLER,

By:      /s/Deborah K. Ebner
One of their attorneys

Deborah K. Ebner (ARDC No. 61816159)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838