**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARK AND PATRICIA MUEHLER, | ) | Case No. 13-40209 |
| Debtors. | ) | Honorable Timothy A. Barnes |

**NOTICE OF MOTION**

TO:   ALL ECF REGISTRANTS; and by First Class Mail to:
Mark and Patricia Muehler, 13044 Chicago – Bloomington Trail, Homer Glen IL 60491
Patrick S. Layng / Stephen G. Wolfe, 219 S Dearborn St, Room 873, Chicago IL 60604
Jessica S Naples, Codilis & Associates, PC, 15W030 North Frontage Rd, Ste.100, Burr Ridge IL 60527
Kenneth W Bach, Johnson Blumberg & Assoc, 230 W. Monroe St, Ste 1125, Chicago IL 60606
Cari A Kauffman / Stacey O'Stafy, Manley Deas Kochalski, LLC, POB 165028, Columbus OH 43216-5028
Patrcia B. Fugee/ Brian T Bedinghaus Roetzel & Andress, LPA, 20 S Clark St, Suite 300, Chicago IL 60603
Mark D Belongia, Belongia Shapiro, LLP, 20 South Clark Street, Suite 300, Chicago IL 60603
Peter C. Bastianen, Codilis & Associates, 15W030 N Frontage Rd, Suite 100, Burr Ridge IL 60527
Kenneth W. Bach, Johnson Blumberg & Associates, 230 W Monroe St, Suite 1125, Chicago IL 60606
Cari A. Kauffman, Manley Deas Kochalski LLC, POB 165028, Columbus OH 43216-5028
Monette W. Cope, Weltman Weinberg & Reis Co LPA, 180 N LaSalle St, Suite 2400, Chicago IL 60601
Toni Dillon, Pierce & Associates, PC, 1 N Dearborn St, Suite 1300, Chicago IL 60602

   **PLEASE TAKE NOTICE** that the undersigned has filed the attached **FINAL APPLICATION OF FINANCIAL ADVISOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSE**, and said motion shall be heard on **JULY 15, 2014,** at the hour of **10:00 a.m.** before the Honorable Thomas A. Barnes or any judge sitting in his stead, in Room 613 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois.  A copy of the motion is attached hereto.

                                                                              /s/ Lois West                              

Lois West, CPA
Certifying Professional
Popowcer Katten, Ltd
35 E Wacker Drive
Suite 1550
Chicago IL 60601-2124

**CERTIFICATE OF SERVICE**

   I, Lois West, hereby certify that on June 11, 2014, I caused copies of this Notice along with the attached Motion to be served by first class mail to the person listed above and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                                                              /s/ Lois West                              

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MARK & PATRICIA MUEHLER | ) | CHAPTER 11 |
| | ) | |
| | ) | CASE NO. 13-40209 |
| | ) | |
| DEBTORS | ) | HON. TIMOTHY A. BARNES |
| | ) | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   MARK & PATRICIA MUEHLER

Date of Order authorizing Employment: February 21, 2014

Period for Which
Compensation is Sought: From February 21, 2014 through June 10, 2014

Amount of Fees Sought:   $ 3,118.50

Amount of Expense Reimbursement Sought:  0.00

This is an:  Interim Application_____   Final Application___X___

Previous applications / allowances of this applicant:

Fees Sought:  NONE          Fees Allowed:  NONE
Costs Sought: NONE          Costs Allowed: NONE

Applicant:

Date: June 10, 2014          By: _____/s/ Lois West_____

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MARK & PATRICIA MUEHLER | ) | CASE NO. 13-40209 |
| | ) | |
| | ) | CHAPTER 11 CASE |
| | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| DEBTORS | ) | |

TO: THE HONORABLE TIMOTHY A. BARNES
    BANKRUPTCY JUDGE

### FINAL APPLICATION OF FINANCIAL ADVISOR
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., financial advisor for the Debtors pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on October 14, 2013. This Court on March 12, 2014 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as a financial advisor to the debtor retroactive to February 21, 2014.

2. Applicant requests $3,118.50 in compensation for 12.3 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period February 21, 2014 through June 10, 2014.

3. A description of the nature of the services rendered by the Applicant is as follows:
> Accounting and tax consulting services for the period February 21, 2014 through June 10, 2014 including review of various financial documents and preparation of a tax memo regarding the effect of the dissolution of a limited partnership interest upon the debtor and other limited partners.

4. Attached as Exhibit "A" is an itemized statement of the tax and accounting services rendered. The statement reflects the services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Professional | Hours | Rate | Total |
|---|---|---|---|
| L. Popowcer | 1.5 | $315 | $ 472.50 |
| L. West | 10.8 | $240 | 2,646.00 |
| Total | 12.3 | | $ 3,118.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Debtor, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $3,118.50 for the accounting and tax services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: June 10, 2014                    RESPECTFULLY SUBMITTED,

_Lois West_

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124