UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )   Case No. 13bk40209
Mark W Muehler                            )
Patricia A Muehler                        )   Chapter 11
                                          )
Debtors.                                  )   Honorable Timothy A. Barnes
                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DEBRA K. EBNER, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| TOTAL FEES REQUESTED: | $ 39,607.50 | TOTAL COSTS REQUESTED: | $ 373.90 |
|---|---|---|---|
| TOTAL FEES REDUCED: | $ 1,394.35 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES AWARDED ON RECONSIDERATION | $ 364.50 | | |
| TOTAL FEES ALLOWED: | $ 38,577.65 | TOTAL COSTS ALLOWED: | $ 373.90 |

**TOTAL FEES AND COSTS ALLOWED: $ 38,951.55**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Insufficient Description – TOTAL of disallowed amounts: $ 1,027.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same). Bare entries that a meeting was held without a description of the nature of the meeting do not allow the court to determine the benefit to the estate of the time spent.

**(2)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 39.50**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An appearance at court to find that a motion was granted in chambers could have been avoided by a check of the court's online docket the day before the hearing.

(3)     **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 327.85**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Additionally, the court has considered the request of counsel to reconsider the previously stricken amounts in the Findings of Fact and Conclusions of Law Order Granting Application For Compensation [Docket No. 79]. The court will award the $280.00 stricken for no benefit to the estate as Mr. Hobfoll has performed additional work on the case that benefits the estate. The court will also award the $84.50 stricken for computational or typographical error given the explanation that the attorneys were both on the call for different times to avoid duplication. The court will not award the $628.05 stricken for lumping time entries. The explanation that "'unlumping' is highly complicated, and destined to contain inaccuracies" is not well taken as it could be used to circumvent the minimum time requirement or any of the requirements of detail. *See Wildman*, 72 B.R. at 709.

Dated: July 15, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

Printed: 06/11/14 10:35 AM                                                                                          Page: 1

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | Petition Date: 08/06/13 |
|---|---|---|---|
| Case Type: | No-Assets | Judge: | 341a Meeting: |

| Category | Staff Name | | | | |
|---|---|---|---|---|---|
| CASE ADMINISTRATION | Deborah K. Ebner, Attorney | | | | |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 01/28/14 | work on fee app | 1.00 | | 0.00 |
| 02/03/14 | misc calls - call to Steve Wolf to answer his questions on operating statements and call to Patricia Fugee re: status of responses from her client | 0.10 | 395.000 | 39.50 |
| 02/03/14 | tc with Steve Wolfe of UST overviewing Plan | 0.40 | 395.000 | 158.00 |
| 02/05/14 | work on disclosure statement. | 0.80 | 395.000 | 316.00 |
| 02/10/14 | edit apps | 0.20 | 395.000 | 79.00 |
| 02/28/14 | call back from Mark and attempt to patch Lois in. Brief issue overview with Mark re: status and needs of case in light of complications | 0.20 | 395.000 | 79.00 |
| 02/28/14 | call with Lois - she has to take another call, but revisit issues addressed other day re: implications for estate and related administrative issues | 0.40 | 395.000 | 158.00 |
| 02/28/14 | call with Mark and Lois (CC) to overview background and walk through issues to be addressed in memo and timing and questions and answers re: background. Followup after call with Lois | 1.30 | 395.000 | 513.50 |
| 03/01/14 | edits to first motion to extend and order to further enlarge time | 0.60 | 395.000 | 237.00 |
| 03/03/14 | case status to UST | 0.20 | 395.000 | 79.00 |
| 03/04/14 | status phone conference with Mark and Pat overviewing all issues presently on the table. (Call was from 10:00AM - 10:55 AM) | 0.90 | 395.000 | 355.50 |
| 03/07/14 | cw w/Bank re: status of L. West review | 0.30 | 395.000 | 118.50 |
| 03/07/14 | cw L. West (i) insufficient description | 0.40 | 395.000 | 158.00 |
| 03/13/14 | tc with client re: case status, Standard Bank and mortgage modifications of other lenders and continuing issue of Stone Manor investors. | 0.40 | 395.000 | 158.00 |
| 03/13/14 | status call from counsel for Standard Bank | 0.10 | 395.000 | 39.50 |
| 03/20/14 | call to Patterson/Jacqueline lawyer to overview abandonment thought | 0.10 | 395.000 | 39.50 |
| 03/21/14 | phone conference with LW re: concept of simply issue spinning off partnership interests, discussion of tax implications and other | 0.30 | 395.000 | 118.50 |
| 03/25/14 | call back from SW re: case status and he had questions about operating reports. | 0.20 | 395.000 | 79.00 |
| 03/25/14 | call to Lois re: concerns of SW esp operating reports. (2) patch in Steve to have Lois walk thru the report issues (2) | 0.40 | 395.000 | 158.00 |
| 03/31/14 | conference with Mark re: budget | 0.30 | 395.000 | 118.50 |
| 04/21/14 | review february operating report that did not get filed. Approve for filing. | 0.30 | 395.000 | 118.50 |
| 04/21/14 | review March operating report. Call to Mark to advise that attorneys fees are "expenses" to address his labeling. File | 0.20 | 395.000 | 79.00 |

EXHIBIT H

Printed: 06/11/14 10:35 AM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

Page: 2

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | Deborah K. Ebner, Attorney | 04/21/14 | review periodic corporate report sent by Mark for Country Manor .. and supplement for revision and send back to Mark | 0.20 | 395.000 | 79.00 |
| | | 04/21/14 | review and edit to related entity report of Country Manor; dictate e-mail to Mark to explain and ask him to carefully review, and, if correct initial and return. If not correct to call me. | 0.30 | 395.000 | 118.50 |
| | | | | 9.60 | | $3,397.00 |
| | Jerrold V. Hobfoll | 05/09/14 | Telecon with Deb Ebner and attorney for lender | 0.30 | 350.000 | 105.00 |
| | | 05/13/14 | Research into mortgage with Champion Federal | 0.50 | 350.000 | 175.00 |
| | | 05/13/14 | Telecon with Deb Ebner | 0.20 | 350.000 | 70.00 |
| | | 05/15/14 | Telecon with Chicago Title Will County office | 0.20 | 350.000 | 70.00 |
| | | 05/15/14 | Review material received from CTIC Will County office | 0.30 | 350.000 | 105.00 |
| | | 05/15/14 | Email to Deb Ebner re: mortgage | 0.30 | 350.000 | 105.00 |
| | | | | 1.80 | | $630.00 |
| **Subtotal for Category: CASE ADMINISTRATION** | | | | **11.40** | | **$4,027.00** |
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | 03/17/14 | contact attorneys for Greentree, Wells Fargo and Nationstar with Mortgage modification proposal. | 0.40 | 395.000 | 158.00 |
| | | 04/17/14 | tc with Matt Campbell who represents the Forest Preserve re: ct. status and Plan treatment. . | 0.20 | 395.000 | 79.00 |
| | | 05/08/14 | Call from atty Monette Cope who reps PNC : discussion of her client's rights against debtor: I explained that we (Jerry) did a title search before we filed the schedules and PNC did not show up. She acknowledged that she did an on line search and didn't find it either. She stated that her client sent her a recorded mortgage of Champion Federal form 1987, but Muehlers did not come into title until 1989. I suggested that she had no basis to file an objection: patch in Jerry Hobfoll to see what he retained in his file other than that which I just discussed with PNC atty. | 0.30 | 395.000 | 118.50 |
| | | 05/08/14 | call back from JH re: that he did not order a title commitment from Will County, and, since the Will County system is antiquated, he can not be 100% certain that his result is correct as to PNC. Call back to Monette Cope and repeat to her that to be 100% positive as to PNC status, a title commitment from Will County will have to be obtained and repeated to her that we did not get a title commitment from Will County. She says that she understands, and that fortunately this is only a 33,000 "mortgage" and it is a 100% plan, so, | 0.20 | 395.000 | 79.00 |

Printed: 06/11/14 10:35 AM                                                                                                      Page: 3

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: | MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 | | |
|---|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | | | | | |
| | | 06/03/14 | regardless, damage to her client will be extremely minimal. | | | |
| | | 06/03/14 | call back from Mark after he reviewed the calculation from Citi re: reinstatement number. He gave me the figures per his books + AP payments made post petition that do not appear to have been credited. Also, walked him back thru anti-modification provisons of home mortgage section of Code that applies to this mortgage and explanation of how that works | 0.20 | 395.000 | 79.00 |
| | | 06/03/14 | e-mail to Citi re: reinstatement calculation and contact default department also. | 0.10 | 395.000 | 39.50 |
| | | 06/10/14 | (Estimated) work on claims objections and resolve. | 2.00 | 395.000 | 790.00 |
| | | | | 3.40 | | $1,343.00 |
| **Subtotal for Category: CLAIMS ADMINISTRATION** | | | | **3.40** | | **$1,343.00** |
| FEE \ EMPLOYMENT APPLICATIONS | Deborah K. Ebner, Attorney | 02/27/14 | a call to Lois West re: hourly rates and scope of potential engagement (.3); t/m amd e-mail to Mark, Matthew and Lois re: retention of Lois in light of serious conflict of interest of Matthew (.2); edits and corrections to Liz's template for retention (.7). | 1.20 | 395.000 | 474.00 |
| | | 02/28/14 | edits to retention Motion for Lois (limit to financial advisor) in light of call with Mark) (.7) - thereafter revisit notice list changes (.5) | 1.20 | 395.000 | 474.00 |
| | | 06/06/14 | work on final fee application | 1.00 | 395.000 | 395.00 |
| | | | | 3.40 | | $1,343.00 |
| | Liz Daleccio | 02/10/14 | preparation of applications for retention | 0.40 | 60.000 | 24.00 |
| | | 02/27/14 | pull template for accountant retention and partially customize per direction | 0.80 | 60.000 | 48.00 |
| | | | | 1.20 | | $72.00 |
| **Subtotal for Category: FEE \ EMPLOYMENT APPLICATIONS** | | | | **4.60** | | **$1,415.00** |
| LITIGATION | Deborah K. Ebner, Attorney | 03/07/14 | consult w/Bank re: status on Bank's dischargeability complaint | 0.20 | 395.000 | 79.00 |
| | | 03/19/14 | to court on agreed motion for extension. Granted in chambers - no need to stay. | 0.10 | 395.000 | 39.50 |
| | (2) No benefit to estate | 05/16/14 | review the 4th and (final dischargeability extension request). | 0.20 | 395.000 | 79.00 |
| | | | | 0.50 | | $197.50 |
| **Subtotal for Category: LITIGATION** | | | | **0.50** | | **$197.50** |

Printed: 06/11/14 10:35 AM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

Page: 4

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 | | |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 01/28/14 | work on first draft of disclosure statement | 3.10 | 395.000 | 1,224.50 |
| | | 01/29/14 | cc with Tricia Fugee and Dennis re: Plan | 0.50 | 395.000 | 197.50 |
| | | 02/04/14 | tc with bank counsel to get bullet points agreed to by bank. | 0.30 | 395.000 | 118.50 |
| | | 02/04/14 | call to Mark to share bank position with him. He will discuss it with Pat and will call me back tomorrow | 0.10 | 395.000 | 39.50 |
| | | 02/04/14 | commence plan edits. | 0.60 | 395.000 | 237.00 |
| | | 02/05/14 | receipt and review of Standard Bank counteroffer; forward to Mark for comment and memorialization of conversation yesterday; edits to Plan based on interest rate and other errors, conversation with UST. and conversation and bullet points from Standard. | 2.50 | 395.000 | 987.50 |
| (3) Lumping | | | | | | |
| | | 02/06/14 | additional disclosure statement work | 0.40 | 395.000 | 158.00 |
| | | 02/10/14 | call from Mark. They are not going to be able to keep the appointment time this morning to complete plan walk thru; brief discussion of his e-mail from this morning (which is largely a repeat of issues that we have discussed several times before); he now agrees to get the accountant on board and I told him that I am going to dictate an application to retain the accountant, but accountant will have to waive AR.; and an application to extend time to file, cause these complications cannot be worked out in a week. Thereafter, review the balance of his e-mail questions. | 0.40 | 395.000 | 158.00 |
| | | 02/10/14 | call with Steve Wolf of UST re: possibility that it might be in best interests of everyone to dismiss this case cause it might be in the best interests of all creditors to do so. Motion to retain accountant and to extend time to file plan and disclosure statement going out today. | 0.30 | 395.000 | 118.50 |
| | | 02/10/14 | consultation with Lois West (I cannot get a hold of Mark's accountant) to walk thru tax implications of a sale of real estate in the Chapter 11 estate. We will schedule a call with her accountant, and she agrees to come in as a financial advisor to generate a report. | 0.40 | 395.000 | 158.00 |
| | | 02/10/14 | tc with client to update him on dismissal progress. | 0.30 | 395.000 | 118.50 |
| | | 02/10/14 | calls to PF (Standard Bank atty), David Lloyd (atty for two investors) and Jack Bainbridge (atty for one Willis) re: potential capital gain creating large admin claim… and need for accountant report, so extension motion going out today. Additional disc. with Bainbridge re: structure on dismissal; brief address of same but not determinative because guidance needed from accountants. | 0.60 | 395.000 | 237.00 |
| (3) Lumping | | | | | | |
| | | 02/10/14 | prepare Motion to extend time to file Plan and Disclosure statement. | 0.60 | 395.000 | 237.00 |

Printed: 06/11/14 10:35 AM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

Page: 5

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 | | |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 02/14/14 | tc w/Lois, Matthew and Mark    (1) insufficient description | 1.00 | 395.000 | 395.00 |
| | | 02/14/14 | tc w/Lois West; re: continued discussion on tax consequence | 0.30 | 395.000 | 118.50 |
| | | 02/21/14 | attempts to get in touch with Matthew for scheduled meeting. He cancelled. Doc review and conversation with Lois about tax issues wth this case and how to best handle. Forward docs to her for review | 0.90 | 395.000 | 355.50 |
| | (3) Lumping | 02/27/14 | plan review in advance of meeting with Lois. | 0.40 | 395.000 | 158.00 |
| | | 02/27/14 | cc with Lois re: complications from terminated partnership. | 1.00 | 395.000 | 395.00 |
| | (3) Lumping | 03/01/14 | review tax returns and then quick call to Lois re: more discussion about partnership dissolution, ratification of dissolution of the partnership within context of the Plan and complications | 0.40 | 395.000 | 158.00 |
| | | 03/02/14 | completion of first draft second motion to extend | 0.60 | 395.000 | 237.00 |
| | | 03/03/14 | edits to motion to extend and call to call to client left message | 0.30 | 395.000 | 118.50 |
| | | 03/03/14 | e-mails back and forth with UST re: unattached exhibit with Fee schedule, and correction of problem | 0.20 | 395.000 | 79.00 |
| | | 03/07/14 | c/w attys for Standard Bank re: plan status, details and related matters | 0.30 | 395.000 | 118.50 |
| | | 03/12/14 | ct appearance on Application to extend and to retain financial advisor (related to extension). Both Orders entered. (.8); confer with atty for Wells Fargo re: treatment and case status (.2) | 1.00 | 395.000 | 395.00 |
| | | 03/17/14 | conversations with Wells Fargo counsel re: interest rate reduction | 0.10 | 395.000 | 39.50 |
| | | 03/18/14 | call with Greentree re: modification per direction of Ken Bach and follow-up tm to him re: same | 0.20 | 395.000 | 79.00 |
| | | 03/18/14 | settlement negotiation with Carrie Kaufman re: Nationstar and Chase. | 0.30 | 395.000 | 118.50 |
| | | 03/19/14 | call back to Jason at Greentree. 888-298-7785 x-- 55703 | 0.10 | 395.000 | 39.50 |
| | | 03/20/14 | communication with Lois re: exit... and run an abandonment idea by her | 0.20 | 395.000 | 79.00 |
| | | 03/20/14 | tc with Patricia Fugee for the bank re: abandonment of Stone Manor property, subject to the lien of Standard Bank, and utilization of his net interest as property of the estate; she likes the idea and will recommend to her client | 0.30 | 395.000 | 118.50 |
| | | 03/20/14 | tc with David Lloyd who reps Patterson and Jacquilyn re: abandonment of Stone Manor real estate, and creation of LLC out of court, etc... he likes idea and will recommend to his client | 0.20 | 395.000 | 79.00 |
| | | 03/20/14 | call with Mark to overview abandonment and get his approval; also tm to UST office to give them status left message with SW | 0.10 | 395.000 | 39.50 |
| | | 03/21/14 | call with Greentree account representative Jason -p-- who states that my offer | 0.30 | 395.000 | 118.50 |

Printed: 06/11/14 10:35 AM

# Time Sheet Report
### Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

Page: 6

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | | | | | |
| | | 03/21/14 | 3.78 is too low and probably won't get approved. He states that he is seeking approval for 4.5 to 5%... and will send this back to Ken Bach for me to negotiate with. | 0.20 | 395.000 | 79.00 |
| | | 03/21/14 | conversation with C. Kaufman, counsel for Nationstar and Chase w/quick e-mail to client to see if he wants to move to a fixed rate with the Chase note vs. a low variable rate. | 0.20 | 395.000 | 79.00 |
| | | 03/21/14 | call with Toni Dillon re: movement with Wells Fargo | 0.10 | 395.000 | 39.50 |
| | | 03/21/14 | e mail to Ken Bach telling him that Greentree will be allowing him to talk to me | 0.20 | 395.000 | 79.00 |
| | | 03/21/14 | e-mail to Ken Bach for Greentree and completion of other lender discussions | 0.10 | 395.000 | 39.50 |
| | | 03/22/14 | additional e-mail to Ken and to client re: rates. | 0.20 | 395.000 | 79.00 |
| | | 03/24/14 | review of Mark's budgets from last week and his e-mail from last light re: rates. E-mail (thereafter) to him to revise budget for completion of negotiation and parameters. | 0.30 | 395.000 | 118.50 |
| | | 03/24/14 | call back from Lois re: conclusion of tax department; memo is coming later this afternoon | 0.30 | 395.000 | 118.50 |
| | | 03/24/14 | review Lois memo re: conclusion (from tax department) | 0.20 | 395.000 | 79.00 |
| | | 03/25/14 | overview status with Mark: budget at various rates per his prior chart; rate review based on discussions with lenders last week and the week before; and brief discussion of Forest preserve issues and status | 0.30 | 395.000 | 118.50 |
| | | 03/25/14 | pull 5% budget; re-review and draft memo to go with it and forward all to Standard Bank Counsel re: go forward toward plan confirmation. Reforward tax memo to Mark who said he didn't get it last night when I originally sent it. | 0.10 | 395.000 | 39.50 |
| | | 03/25/14 | call to SW at UST. Left message in vm re: status of plan, accountant recommendations and related case status. | 0.50 | 395.000 | 197.50 |
| | | 03/25/14 | Review proposed agreed order and actual court order from Circuit Court in Will County (.2) and call to Matthew Campbell re: same and explain that no jurisdiction of state court, etc... and walk down that path; thereafter discussion of merits, where the settlement negotiations were before the 11 was filed: Will County claim and what that consists of (atty fees, survey costs, etc) / MC explains that Will County will not agree to sell on contract, but will now call me back re: price tag for the property. Quick e-mail to Mark re: status of conversation (.3) | | | |
| | | 03/25/14 | revisions to Plan draft based upon suggestions of tax advisors and current status of agreement with Standard Bank (1.2); quick call to Mark to verify some info and call from SW re: operating reports via Lois(.1) | 1.30 | 395.000 | 513.50 |

Printed: 06/11/14 10:35 AM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

Page: 7

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | | Petition Date: 08/06/13 | | |
|---|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 03/25/14 | more drafting Disclosure statement after discussion with Steve and his request to add info about the Country Manor situation | 0.70 | 395.000 | 276.50 |
| | | 03/26/14 | e-mail rate discussion with atty for Wells Fargo (.1); additional drafting work on disclosure state (.6); study Stone Manor and Country Manor returns and F/S for determination of how to categorize in Plan (4); review Pill Hill Estate's situation and call to LW with specific message regarding treatment. (.3) | 1.40 | 395.000 | 553.00 |
| | | 03/26/14 | dictation of memo to Lois re: complication arising due to treatment of Pine Manor; thereafter call from her and discussion of this issues involved. | 0.40 | 395.000 | 158.00 |
| | | 03/26/14 | continued work on disclosure statement and completion of first draft edits; also, additional changes to Plan (one sitting) | 1.60 | 395.000 | 632.00 |
| | | 03/27/14 | more work on Plan including, continued negotiation with Nationstar (.2); edits to impairment class (.3) | 0.50 | 395.000 | 197.50 |
| | | 03/28/14 | additional work on disclosure statement drafts (one sitting) | 2.30 | 395.000 | 908.50 |
| | | 03/31/14 | cw P. Fugee | 0.20 | 395.000 | 79.00 |
| | (1) insufficient description | 03/31/14 | c/w Client re plan impairement and requirements to get a trial | 0.30 | 395.000 | 118.50 |
| | | 03/31/14 | meeting with atty for Wells Fargo re: renegotiated terms of mortgage note zeroing in on 4.75 P + I. | 0.30 | 395.000 | 118.50 |
| | | 03/31/14 | discussions with atty for Greentree re: rate. He will circle back to me later today. | 0.20 | 395.000 | 79.00 |
| | | 03/31/14 | continued discussions with atty for Greentree re: rate and term and related cram down issues | 0.20 | 395.000 | 79.00 |
| | | 04/01/14 | review current confirmed rates in light of budget needs of case and add in Chapter 11 risk factor. | 0.40 | 395.000 | 158.00 |
| | | 04/01/14 | Review budgets forwarded over from Mark and conversation with him re: the charts, current rates with risk factors for chapter 11 debtors, and foreseeability re: plan. Overview of contested confirmation hearings, proof and paths of possibilities. | 0.50 | 395.000 | 197.50 |
| | | 04/01/14 | call with Patricia Fugee re: must sell Hinsdale parcels - build to suit. I will recirculate a proposal. | 0.20 | 395.000 | 79.00 |
| | | 04/01/14 | call back to Mark re: bullet points for Standard Bank | 0.20 | 395.000 | 79.00 |
| | | 04/01/14 | draft revised proposal to SB based upon last conversation with Mark. | 0.60 | 395.000 | 237.00 |
| | | 04/01/14 | tc with Mark who approves the revision to SB | 0.10 | 395.000 | 39.50 |
| | | 04/01/14 | call to SB atty re: revisions that is coming back and stress issue of agreed impaired class. She will get back to me ASAP | 0.20 | 395.000 | 79.00 |

Printed: 06/11/14 10:35 AM

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

Page: 8

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 04/02/14 | additional exchanges with Sb atty re: risk inherent in allowing Debtor to continue business operations as to Hinsdale parcels. | 0.20 | 395.000 | 79.00 |
| | | 04/03/14 | additional work on plan. | 1.10 | 395.000 | 434.50 |
| | | 04/04/14 | further edits to plan | 0.60 | 395.000 | 237.00 |
| | | 04/04/14 | comunications with Wells Fargo re: rate and terms | 0.10 | 395.000 | 39.50 |
| | | 04/04/14 | SB communications w/ Nations Bank re: rate and term | 0.10 | 395.000 | 39.50 |
| | | 04/04/14 | receipt and review of orders entered in WIll County Court in 2007 in Forest Preserve case that Mark didn't tell me about re: agreement to convey for a sum certain; tc back to counsel for Forest Preserve atty and tms to Mark re and e-mails re: importance of resolving this.. pursuant to entered orders as these are final orders. | 0.30 | 395.000 | 118.50 |
| | | 04/04/14 | major edits to Disclosure statement. | 1.50 | 395.000 | 592.50 |
| | | 04/07/14 | quick call to Tricia Fugee re: status of client position and thereafter call with client re: status of Plan, including but not limited to rates, Will County Forest Preserve, convenience class, projections and exhibits | 0.30 | 395.000 | 118.50 |
| | | 04/07/14 | completion of hopefully final draft disclosure statement including comments from call and further edits to plan based on call as well | 0.60 | 395.000 | 237.00 |
| | | 04/08/14 | DS edits | 0.40 | 395.000 | 158.00 |
| (3) Lumping | | 04/09/14 | DS edits and calls to lenders re: negotiation status | 0.60 | 395.000 | 237.00 |
| | | 04/09/14 | tc with SB atty for status | 0.10 | 395.000 | 39.50 |
| | | 04/09/14 | tc with Mark while review ing his projections | 0.30 | 395.000 | 118.50 |
| | | 04/10/14 | call from SB atty and discuss counter proposal from her client | 0.30 | 395.000 | 118.50 |
| | | 04/10/14 | receipt and review of SB followup e-mail and forward to Mark with quick call to him with overview of conversation with the Bank. He will review the e-mail and call me back.. | 0.10 | 395.000 | 39.50 |
| | | 04/10/14 | discussion with Greentree re: rate, terms and funding of taxes and insurance; confirm preferred methodology with Mark (he is ok either way) and call back to atty for Greentree re: same | 0.10 | 395.000 | 39.50 |
| | | 04/10/14 | call with Mark re: response from SB .... and walking thru other sale scenarios on the Hinsdale real estate to come to some sort of a resolution to open issue. | 0.40 | 395.000 | 158.00 |
| (3) Lumping | | 04/10/14 | communications with Mark, Pat F. for Standard Bank and continued last changes to Plan and Disclosure Statement | 2.00 | 395.000 | 790.00 |
| | | 04/13/14 | work w/Mark on Plan changes. | 0.40 | 395.000 | 158.00 |
| | | 04/14/14 | final changes to Plan per Mark. | 0.30 | 395.000 | 118.50 |

Printed: 06/11/14 10:35 AM                                                                                                                Page: 9

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: | MUEHLER, MARK & PATRICIA | | Petition Date: | 08/06/13 |
|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | | 341a Meeting: | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 04/15/14 | communication w/P. Fugee from Standard Bank.   (1) insufficient description | 0.20 | 395.000 | 79.00 |
| | (1) insufficient description | 04/15/14 | communication w/atty for Greentree | 0.20 | 395.000 | 79.00 |
| | | 04/17/14 | call from P Fugee re: continued discussions re: differences | 0.30 | 395.000 | 118.50 |
| | | 04/17/14 | working with client on exhibits. | 0.30 | 395.000 | 118.50 |
| | | 04/18/14 | review P. Fugee draft motion and order and send her approval to file | 0.20 | 395.000 | 79.00 |
| | | 04/21/14 | complete review and edit of Mark's Distressed Property Pricing Exhibit and send him a memo re: issues with same. Ask for turnaround time so I can file it as the Exhibit. | 0.70 | 395.000 | 276.50 |
| | | 04/21/14 | create exhibit F for disclosure statement | 0.60 | 395.000 | 237.00 |
| | | 04/22/14 | more work on exhibits, including, repsonse to Mark re: footnotes on distressed property value exhibit, refinement of exhibit F and forward for approval, and additional work on G. | 0.60 | 395.000 | 237.00 |
| | | 04/22/14 | prepare exhibit I | 0.40 | 395.000 | 158.00 |
| | | 04/23/14 | call with SB atty. Continued discussion of release price and rates (.3) ; call to Mark to check status of exhibit changes and to relay the conversation re: rates to SB that will fit into budget with P + I payments. (.1) | 0.40 | 395.000 | 158.00 |
| | | 04/23/14 | review and suggestions for edits on exhibits D and H reworked by Mark. | 0.30 | 395.000 | 118.50 |
| | | 04/23/14 | additional work on distressed value exhibit and call to Mark to walk thru. | 0.60 | 395.000 | 237.00 |
| | | 04/23/14 | additional work with Mark on Exhibits D and H. Discussion of evidentiary requirements if we go to contested hearing. | 0.40 | 395.000 | 158.00 |
| | | 04/24/14 | discussion with SB atty re: response. | 0.10 | 395.000 | 39.50 |
| | | 04/24/14 | call with Mark about continued work on liquidation exhibit. | 0.30 | 395.000 | 118.50 |
| | | 04/28/14 | preliminary review of revised exhibits D and H and call to Mark | 0.20 | 395.000 | 79.00 |
| | | 04/28/14 | detailed analysis of exhibits D and H as revised by Mark; full discussion of values, methodology for preparation, and thereafter move to executory contract exhibit and issues relating thereto and development of footnote to alleviate remaining issues of under market rates being charged in chapter 11. | 0.80 | 395.000 | 316.00 |
| | | 04/28/14 | call from SW at UST with input from that office; they want - at minimum (among other issues) the GUS to receive more at confirmation, et al | 0.60 | 395.000 | 237.00 |
| | | 04/28/14 | call with PF re: attempts to resolve | 0.30 | 395.000 | 118.50 |
| | | 04/29/14 | tc with client re: Wells Fargo objection; UST position and requirement to cure and Standard Bank collateral position | 0.20 | 395.000 | 79.00 |
| | | 04/29/14 | Court appearance at pre-confirmation status during which communications with | 0.60 | 395.000 | 237.00 |

Printed: 06/11/14 10:35 AM

Page: 10

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
## Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | | UST and Nationstar reps | | | |
| | | 04/29/14 | preliminary sit down meeting with atty for SB at court and patch in Mark by phone; thereafter continue the meeting in my office | 0.70 | 395.000 | 276.50 |
| | | 04/29/14 | follow up call with Mark re: additional conversations had at court re: atty for Citi and Nationstar and bullet points from SB meeting and development of 191st street parcel details. | 0.20 | 395.000 | 79.00 |
| | | 04/30/14 | review and respond to Mark's e-mail with questions. | 0.10 | 395.000 | 39.50 |
| | | 04/30/14 | call back to Mark to confirm agreement and thereafter draft approved e-mail to SB atty. | 0.10 | 395.000 | 39.50 |
| | | 05/01/14 | review and respond to Mark's e-mail of today | 0.20 | 395.000 | 79.00 |
| | | 05/02/14 | e-mail exchanges with client re: interest rates on impaired classes; continued explanation of what happens with cram down situations | 0.20 | 395.000 | 79.00 |
| | | 05/02/14 | e-mail exchanges with Kaufman and Bach re: continued discussions re: rates and terms on Greentree, Ntionstar and Citi keeping w/in confines of client current authority | 0.30 | 395.000 | 118.50 |
| | | 05/05/14 | review of client e-mail with additional questions re: confirmation process; impairment, cram down and voting and consequences of certain results; detailed response | 0.30 | 395.000 | 118.50 |
| | | 05/06/14 | review CIti objection to plan and tm to Mark re: same and need to talk.. to resolve all issues | 0.20 | 395.000 | 79.00 |
| | | 05/07/14 | tc with client in advance of scheduled time: overview of all issues including strategy. I advance that the expenses that we will incur in arguing about this small percentage differential far exceed the benefit esp in light of fact that Mark is not intending on keeping these notes to temr. and lets just get this done re: all lenders except for those that are under 5% and SB, which will have to be dealt with separately: walk through e-mail counter - counter - proposal from SB and how that would work | 0.70 | 395.000 | 276.50 |
| | | 05/07/14 | e-mail to Wells Fargo and Citi re: objections and resolution | 0.20 | 395.000 | 79.00 |
| | | 05/07/14 | cc with atty fro SB and client re: attachment to e-mail details and SB latest proposal. She will be talking to SB this afternoon. | 0.40 | 395.000 | 158.00 |
| | | 05/07/14 | call back from CIti atty re: request to modify... and details. He will talk to client and get back to me. | 0.20 | 395.000 | 79.00 |
| | | 05/07/14 | detailed tm to Ken Bach attempting to confirm that the 5% is acceptable and we will agree to escrow taxes and interest and due date on the first so long as the | 0.10 | 395.000 | 39.50 |

Printed: 06/11/14 10:35 AM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

Page: 11

| Case No: | MUEHLER WORKOUT | Case Name: | MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 | | |
| Case Type: | No-Assets | Judge: | | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | | 5% is acceptable. | | | |
| | | 05/07/14 | e mail exchanges with atty for Greentree re: apparent plan language ambiguity re: atty fees preconfirmation | 0.10 | 395.000 | 39.50 |
| | | 05/07/14 | call to atty for Greentree to resolve ambiquity. Agree on 5% - tax and insurance escrow and payment on the first per earlier authorlization of client | 0.20 | 395.000 | 79.00 |
| | | 05/07/14 | call back from PF re: that e-mail from today and Tuesday is SB "bottom line" on construction. Detailed tms to Mark re: what that translates to and lets talk tomorrow if he doesn't reach me yet today. | 0.20 | 395.000 | 79.00 |
| | | 05/08/14 | call with Mark in advance of call with SB. Walk thru SB latest proposal. He will talk to Pat to get her agreement on what we just discussed. and will call me back | 0.10 | 395.000 | 39.50 |
| | | 05/08/14 | conclusion of settlement discussions with SB and confirming e-mails: PF will draft language with me for plan inclusions so that there are no ambiguities. (Mark on the phone also) | 0.10 | 395.000 | 39.50 |
| | | 05/08/14 | discussion of atty fee language for Greentree for inclusion in Plan. | 0.10 | 395.000 | 39.50 |
| | | 05/08/14 | preliminary review of PNC docs now located by atty for same. Discussion with JH to review for validity of lien in which case new class to be created for treatment as secured creditor. | 0.40 | 395.000 | 158.00 |
| | | 05/12/14 | tc with Peter B at Codilis re: bringing loan current vs. modification of a non-modifiable residence. He will push it. | 0.20 | 395.000 | 79.00 |
| (1) insufficient description | | 05/13/14 | emails and calls w/atty for Citi | 0.20 | 395.000 | 79.00 |
| (1) insufficient description | | 05/13/14 | emails and calls w/atty for Wells Fargo | 0.10 | 395.000 | 39.50 |
| (1) insufficient description | | 05/13/14 | emails and calls w/atty for Green Tree | 0.10 | 395.000 | 39.50 |
| (1) insufficient description | | 05/13/14 | emails and calls w/atty for PNC and doc review | 0.20 | 395.000 | 79.00 |
| | | 05/13/14 | overview PNC w/Hobfoll | 0.30 | | 0.00 |
| | | 05/13/14 | call w/Mark re: all changes and particularly legalities of Citi impairment | 0.10 | 395.000 | 39.50 |
| | | 05/13/14 | Review Chase and Nationstar and revise Plan language | 0.30 | 395.000 | 118.50 |
| | | 05/13/14 | insert Plan edits for Citi | 0.20 | 395.000 | 79.00 |
| | | 05/13/14 | insert Plan edits for Standard Bank and email correspondence re tomorrow | 0.20 | 395.000 | 79.00 |
| | | 05/13/14 | addt'l loan doc review to see what else is being changed | 0.30 | 395.000 | 118.50 |
| | | 05/13/14 | finalization of preliminary Plan edits | 0.40 | 395.000 | 158.00 |
| | | 05/16/14 | talk to Mark with status of negotiations with all creditors including Will County Forest Preserve which he wants to leave as is in the plan. Discussion of all | 0.10 | 395.000 | 39.50 |

Printed: 06/11/14 10:35 AM                                                                                                  Page: 12

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: | MUEHLER, MARK & PATRICIA | | Petition Date: | 08/06/13 | |
|---|---|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | | 341a Meeting: | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | | | | | |
| | | 05/21/14 | secured lenders and positions. Agreed that I will wait till everyone responds to prepare one (hopefully) final revision, and I am hoping that everyone gets back to me by Monday, since he is going to have to revise the projections based on the changes. Also, he agrees to distribute the $13,000 amount to unsecureds on the effective date. | | | |
| | | 05/21/14 | status call with Toni Dillon re: what is happening with Wells Fargo as I want to file my amended plan and need final details from her | 0.20 | 395.000 | 79.00 |
| (3) Lumping | | 05/21/14 | draft final changes for PNC, unsecureds, Nationstar, Greentree, changes to Standard since the paragraphs no longer align due to numerous drafting changes, and reconfigure non-impaired to impaired. Also letter to Forest Preserve atty and Steck atty. | 1.30 | 395.000 | 513.50 |
| | | 05/21/14 | edits to disclosure statement and awaiting call back from JP Morgan and Wells Fargo | 0.80 | 395.000 | 316.00 |
| | | 05/25/14 | review of Wells Fargo e-mails from Friday late afternoon, and pencil in edits based thereon. | 0.60 | 395.000 | 237.00 |
| | | 05/26/14 | review and respond to mortgage prep e-mails from Standard Bank over the holiday weekend. I asked her to hold off till Tuesday to see if I hear back from Citi and Wells Fargo definitively. | 0.10 | 395.000 | 39.50 |
| | | 05/27/14 | discussions with Standard Bank re: interest rate calculation for default amounts in claim calculation. They are stuck at 5% even though they have now agreed to 4% going forward. | 0.20 | 395.000 | 79.00 |
| | | 05/27/14 | efforts to get payoff from Codilis office so that I can calculate unsecured distribution (Call and e-mail exchanges) | 0.10 | 395.000 | 39.50 |
| | | 05/27/14 | redraft PNC language, for Plan. | 0.60 | 395.000 | 237.00 |
| | | 05/27/14 | Confirming e-mail from Wells Fargo and ensuing discussion re: objection withdrawal (.3) re-edit (entire Plan) for afternoon filing and client review. (.9) | 1.20 | 395.000 | 474.00 |
| | | 05/27/14 | completion of all edits to Disclosure Statement including discussion of JP Morgan rate with client. | 1.30 | 395.000 | 513.50 |
| | | 05/27/14 | conversation with Tricia Fugee re: SB and ambiguity in 7.3 and failure to articulate that additional payments are to be applied to principal. Draft additional language | 0.30 | 395.000 | 118.50 |
| | | 05/28/14 | call and e-mail to Mark re: 7.3 changes and resend reviewed doc for his review and approval this evening. | 0.10 | 395.000 | 39.50 |
| | | 05/28/14 | ct appearance on plan status and conference with each of the bank attys, all of whom were present. | 0.80 | 395.000 | 316.00 |

Printed: 06/11/14 10:35 AM                                                                                      Page: 13

# Time Sheet Report
## Trustee: DEBORAH K. EBNER (330488)
### Period: 01/28/14 - 06/11/14

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 05/28/14 | followup meeting with PF (SB) re: additional information package and loose ends. | 0.30 | 395.000 | 118.50 |
| | | 05/28/14 | call with Mark after ct. to advise of status from this morning including news that JP Morgan Chase stated that they would not agree to a fixed rate at the current percentage, but would agree to a fixed rate at 5%, and discussion with Mark re: cost benefit analysis of pushing the issue. Mark agreed that it is not worth arguing due to the atty fee component. Walk thru balance of plan with additional questions from Mark and explanations as necessary. He will fax back with initialed pages. | 0.50 | 395.000 | 197.50 |
| | | 05/28/14 | forward final plan to UST, impaired mortgage holders for final approval. | 0.10 | 395.000 | 39.50 |
| | | 05/28/14 | circulate final plan and disclosure statement to all with e-mail explanation as appropriate to recipient. | 0.20 | 395.000 | 79.00 |
| | | 05/28/14 | call from Monette Cope with objections to the 30 year amortization: she will send an e-mail and I'll forward to Mark | 0.20 | 395.000 | 79.00 |
| | | 05/30/14 | tc w/Monette Cope re: settlement w/PNC Bank (.2); as well as redraft of Plan and Disclosure Statement re: same (.3) | 0.50 | 395.000 | 197.50 |
| | | 06/02/14 | download and review Mark's revised exhibits and rework (H) to accurately reflect payment of Citi reinstatement and fair market value available at confirmation (.3); same with D (.3) | 0.60 | 395.000 | 237.00 |
| | | 06/02/14 | prepare ballots | 1.10 | 395.000 | 434.50 |
| | | 06/02/14 | last review of final changes in plan and disclosure statement. Mark thinks he forgot to include interest payments to unsecured in budget. He will check and rework if necessary and then call/send back. | 0.30 | 395.000 | 118.50 |
| | | 06/03/14 | call back from SB: They will NOT reamortize the balance to reduce payments each time Mark makes a lump sum payment... but will consider that in the future after they see some progress. Communicate same to Mark. | 0.20 | 395.000 | 79.00 |
| | | 06/03/14 | review and edits to ballots | 0.40 | 395.000 | 158.00 |
| | | 06/03/14 | call with Steve Wolfe at UST re: plan provision for class 13. | 0.20 | 395.000 | 79.00 |
| | | 06/04/14 | ct appearance at plan status hearing. Get all dates. | 0.70 | 395.000 | 276.50 |
| | | 06/04/14 | consultation with attys for Wells Fargo re: changes in plan as requested; atty for Citi and discussion re: failure to apply AP payments to reinstatement amount, and and JP Morgan Chase and Greentree. petition, Nationstar post of failure to calculate application of adequate protection payment | 0.40 | 395.000 | 158.00 |
| | | 06/05/14 | draft order | 0.40 | 395.000 | 158.00 |
| | | 06/10/14 | (Estimated) preparation of ballot report and confirmation order. | 1.00 | 395.000 | 395.00 |

Printed: 06/11/14 10:35 AM

Page: 14

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

| Case No: | MUEHLER WORKOUT | Case Name: | MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Deborah K. Ebner, Attorney | 06/10/14 | (Estimated) preparation for hearing on adequacy and confirmation and attendance and witness prep. | 0.70 | 395.000 | 276.50 |
| | | 06/10/14 | (Estimated) preparation of motion for entry of final decree and hearing attendance. | 1.00 | 395.000 | 395.00 |
| | | | | 74.90 | | $29,467.00 |
| | Dennis Quaid | 01/29/14 | Conference with D. Ebner regarding interpretation of financing provision in Plan for construction of new homes, in anticipation of conference call with counsel for Standard Bank at 3:00 pm | 0.10 | 450.000 | 45.00 |
| | | 01/29/14 | Review Plan's treatment of Standard Bank's secured claim in anticipation of conference call with counsel for Standard Bank | 0.20 | 450.000 | 90.00 |
| | | 01/29/14 | Conference call with attorney Patricia Fugee for Standard Bank and Deborah Ebner to clarify portions of Plan relating to (i) impact of restoring title of big Mokena parcel to the limited partners, (ii) amount of life insurance to be posted, (iii) conditions precedent for obtaining the financing for the cost of new construction and (iv) definition of net sales proceeds for split to reduce principal of secured claim | 0.60 | 450.000 | 270.00 |
| | | 01/29/14 | Conference with Deborah Ebner relating to further actions needed to finish the disclosure statement and revise the Plan | 0.10 | 450.000 | 45.00 |
| | | 01/29/14 | Correspondence to client advising of results of conference call with counsel for Standard Bank and expected objections to the Plan | 0.10 | 450.000 | 45.00 |
| | | 02/12/14 | Research Illinois law regarding the respective rights of the general partner and limited partners of a dissolved limited partnership as to their ownership of assets and whether the rights are classified as owners or creditors | 0.80 | 450.000 | 360.00 |
| | | 02/19/14 | Research Illinois law relating to dissolutions of limited partnerships to formulate a better treatment for the limited partners under the plan of reorganization coming 30 years after the dissolution of the limited partnership | 0.80 | 450.000 | 360.00 |
| | | 02/21/14 | Outline new proposal for treatment in the plan of the interests of the limited partners in the dissolved partnership | 0.50 | 450.000 | 225.00 |
| | | 02/21/14 | Memorandum to Deborah Ebner proposing a new treatment for the limited partners of the dissolved partnership as secured creditors, considering issues of prebankruptcy interest, both bankruptcy interest, debt service payments required or not and amortization from proceeds of sale or monthly payments | 0.30 | 450.000 | 135.00 |
| | | 02/25/14 | Appearance before Judge Barnes to present Debtor's motions to (1) extend time to file plan and disclosure statement until 3/10/14 [granted] and application | 1.40 | 450.000 | 630.00 |

Page: 14

Printed: 06/11/14 10:35 AM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 15

# Time Sheet Report

**Trustee: DEBORAH K. EBNER (330488)**
**Period: 01/28/14 - 06/11/14**

| Case No: | MUEHLER WORKOUT | Case Name: MUEHLER, MARK & PATRICIA | | Petition Date: 08/06/13 |
|---|---|---|---|---|
| Case Type: | No-Assets | Judge: | | 341a Meeting: |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Plan & Disclosure Statement | Dennis Quaid | | for interim compensation of $29K [97% allowed] | | | |
| | | 03/11/14 | Review the motions of the debtor to extend the time to file its plan until April 15, 2014, and to hire a new accountant, as being pertinent to the ability to complete the plan of reorganization and disclosure statement | 0.20 | 450.000 | 90.00 |
| | | 04/16/14 | Review claim docket for any claims filed by governmental agencies through the extended bardate of April 5, 2014, finding none | 0.20 | 450.000 | 90.00 |
| | | 04/16/14 | Memorandum to D. Ebner confirming that no claims were filed by governmental agencies through the extended bar date of April 5, 2014 | 0.10 | 450.000 | 45.00 |
| | | 04/16/14 | Review new motions of Standard Bank to change counsel and Standard's expiring period of April 21 to file sec. 523 complaints to determine if amendments to Plan are required as a result of same | 0.20 | 450.000 | 90.00 |
| | | 04/16/14 | Review new version of Amended Plan of Reorganization to determine whether same is sufficient to withstand any objections to confirmation on issues of best interests of creditors, feasibility, cram down and impairment | 0.40 | 450.000 | 180.00 |
| | | 04/16/14 | Analyze latest version of disclosure statement to ascertain that sufficient information is provided on issues of impairment, feasibility and fair and equitable treatment of creditors | 0.30 | 450.000 | 135.00 |
| | | | | 6.30 | | $2,835.00 |
| | Jerrold V. Hobfoll | 02/07/14 | identification of all Muehler properties in which SB has an interest for disclosure statement | 0.70 | 350.000 | 245.00 |
| | Liz Daleccio | 02/10/14 | Preparation Motion to extend time to file Plan & Disclosure statement | 0.60 | 60.000 | 36.00 |
| | | 04/28/14 | coordination and filing remaining exhibits | 0.70 | 60.000 | 42.00 |
| | | | | 1.30 | | $78.00 |

| Subtotal for Category: PLAN & DISCLOSURE STATEMENT | 83.20 | | $32,625.00 |
|---|---|---|---|

| Total for Case: MUEHLER WORKOUT | 103.10 | | $39,607.50 |
|---|---|---|---|

| Total for Trustee: DEBORAH K. EBNER | 103.10 | | $39,607.50 |
|---|---|---|---|

| | | Grand Total: | 103.10 | | $39,607.50 |
|---|---|---|---|---|---|