# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                    )    Chapter 11
    MARK AND PATRICIA MUEHLER,        )    Case No. 13-40209
                    Debtors.    )    Honorable Timothy A. Barnes

## NOTICE OF MOTION

TO:    ALL ECF REGISTRANTS; and by US Mail to:
        ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that the undersigned has filed the attached **DEBTORS' MOTION FOR FINAL DECREE,** and said motion shall be heard on **SEPTEMBER 30, 2014,** at the hour of **10:30 a.m.** before the Honorable Thomas A. Barnes or any judge sitting in his stead, in Room 613 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, at which time and place you may appear is you so desire.  A copy of the motion is attached hereto.

                                          /s/ Deborah K. Ebner
                                          DEBORAH K. EBNER

Deborah K. Ebner (ARDC 6181615)
Law Office of Deborah Kanner Ebner
11 E. Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

## CERTIFICATE OF SERVICE

    I, DEBORAH K. EBNER, hereby certify that on September 2, 2014, I caused copies of this Notice along with the attached Motion to be served via First Class Mail to the persons listed on the attached Service List and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                            /s/ Deborah K. Ebner

**SERVICE LIST**

**BY FIRST CLASS MAIL TO:**
Patrick S. Layng, Office of the U.S. Trustee, 219 S Dearborn St, Room 873, Chicago IL 60604
Patricia B. Fugee, Roetzel & Andress, LPA, One SeaGate, Suite 1700, Toledo OH 43604
Peter C. Bastianen, Codilis and Associates, 15W030 N Frontage Rd, Suite 100, Burr Ridge IL 60527
Kenneth W. Bach, Johnson Blumberg & Associates, 230 W Monroe St, Suite 1125, Chicago IL 60606
Cari A. Kauffman, Manley Deas Kochalski LLC, POB 165028, Columbus OH 43216-5028
Monette W. Cope, Weltman Weinberg & Reis Co LPA, 180 N LaSalle St, Suite 2400, Chicago IL 60601
Toni Dillon, Pierce & Associates, PC, 1 N Dearborn St, Suite 1300, Chicago IL 60602
American Express, POB 0001, Los Angeles, CA 90096-8000
American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
American Express Co. c/o CT Corp. System, Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL  60604
American Family Insurance, 6000 American Parkway, Madison, WI 53783
American Honda Finance, POB 60001, City of Industry, CA 91716-0001
American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088
American Honda Finance Corporation, c/o CT Corp System, Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL  60604
Bank of America, PO Box 15220, Wilmington, DE 19886
Bank of America, N.A., NC4-105-02-99, PO Box 26012, Greensboro, NC 27420-6012
Bank of America/Nationstar Service, a/k/a Nationstar Mortgage, LLC,350 Highland Drive, Lewisville, TX 75067
Bank of America Capital Corporation, c/o CT Corp. System, Registered Agent, 208 S. LaSalle St., Suite 814 Chicago, IL  60604
Bruns & Bruns Accountants, 321 West Maple, Ste 101, New Lenox, IL 60451
Capital One, POB 6492, Carol Stream, IL 60197-6492
Capital One, 1680 Capital One Drive, McLean, VA  22102, Attn: Registered Agent
Capital One Business Credit Corp., c/o Illinois Corp Svce C, Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703
Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083
Chase Cardmember Service, POB 15153, Wilmington, DE 19886-5153
Citi Card Processing Center, Des Moines, IA 50363-0001
Citicorp (USA), Inc., c/o CT Corp System, Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL  60604
CitiMortgage, Inc, PO Box 183040, Columbus, OH 43218
Citimortgage, Inc., PO Box 6030, Sioux Falls, SD 57117-6030
Commonwealth Edison, 3 Lincoln Center, Attn: Bankruptcy Department, Oakbrook Terrace, IL 60181
Connell Willis, 3245 Florence Avenue, Steger, IL 06475
Jack Brainbridge, Bainbridge Law Office, 1835 Dixie Highway, Flossmoor IL 60422-1974
Country Mutual Insurance Company, PO Box 2100, Bloomington, IL 61702
David Cline, 11145 McGovney, Mokena, IL
Deboer Lawncare, 18424 Virginia Lane, Mokena, IL 60448
Deboer Services Co, LLC, 18539 Stedhall Rd., Homewood, IL 60430, Attn: David W. Deboer, Registered Agent
Dystrup Hoster & Jarot, PC, c/o Edward J. Jarot, Jr., 822 Infantry Drive #104, Joliet, IL 60435
Elizabeth Marnix, 19632 Wolf Road, Mokena, IL 60448
Flagg Creekwater Reclamation District, 7001 Frontage Road, Homer Glen, IL 60491
Forest Preserve District of Will County, 17540 W. Laraway Road, Joliet, IL 60433, Attn: Joseph Babich, President
Forest Preserve of Will County, 20851 Briarwood Ln, Mokena, IL 60448
Green Tree, PO Box 6172, Rapid City, SD 57709
Green Tree Financial, (Countrywide Home Loans, Inc.) POB 6154, Rapid City, SD 57709-6154
Green Tree Financial, PO Box 94710, Palatine, IL 60094
Green Tree Servicing, LLC, PO BOX 0049, Palatine, IL 60055-0049
Homebuilders & Developers Realty, 13044 Chicago Bloomington Trail, Homer Glen, IL 60491
Honda Finance, POB 60001, City of Industry, CA 91716-0001
Jacqueline Williams success. to Est of Ronald Rob, c/o David P. Lloyd, 615B S. LaGrange Rd., LaGrange IL 60525
Jason and Diana Bowler, 125 South Adams, Hinsdale, IL 60521
Jerry and Marian McFadden, 21451 Via Serpiente, Lake Forest, CA 92630
JP Morgan Chase, c/o CT Corporation System, 208 South LaSalle Street #814, Chicago, IL 60604

JPMorgan Chase Bank, NA, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Ln, Monroe, LA 71203
Koby Construction Group, Inc., 6332 S. Archer Ave., Chicago, IL 60638, Attn: Joseph Wrobel, Registered Agent
Kuypers Brothers, Inc., 20012 Wolf Rd., Ste. 200, Mokena, IL 60448, Alan R. Bruggeman, Registered Agent
Mariana Lema & Edison Perez, 418 South Quincy, Hinsdale, IL 60521
Mattew Campbell, Esq, Kavanagh, Grumley & Gorbold, LLC, 111 North Ottawa St, Joliet, IL 60432
Michael & Patricia Steck, 28 West 480 Washington Street, Winfield, IL 60190
Nationstar Mortgage LLC, Nationstar Mortgage, Attention: Bankruptcy Dept, POB 630267, Irving TX 75063
Nicole Ashby, 11145 McGovney, Mokena, IL 60448
Northwestern Mutual Life Insurance, 720 E. Wisconsin Ave, Milwaukee, WI 53202
Northwestern Mutual Investment Svces, LLC, c/o CT Corp System, Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604
Peter Olson, 5920 W Fitch, Chicago, IL 60646
PNC Bank, PO Box 856177, Louisville, KY 40285-6177
PNC Bank, PO Box 34077, Pittsburgh, PA 15230
PNC Capital Advisors, LLC, c/o Illinois Corporation Service C, Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703
Rathbun Cservenyak & Kozol, LLC, 3260 Executive Drive, Joliet, IL 60431
Robert & Amanda Rousebush, 217 West Third Street, Hinsdale, IL 60521
Robert & Olga Kissel, 11145 McGovney, Mokena, IL 60448
State Farm Fire & Casualty Co, 2701 Ireland Grove Rd, Bloomington, IL 61709
Valentina, 418 South Quincy, Hinsdale, IL60521
Wells Fargo Bank, N.A., 4101 Wiseman Boulevard, Attn: BK Dept. Mac#T7416-023, San Antonio, Texas 78251
Wells Fargo Home Mortgage, c/o Illinois Corporation Service C, Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703
William Patterson, c/o David P. Lloyd, 615B S. LaGrange Rd., LaGrange, IL 60525

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARK AND PATRICIA MUEHLER, | ) | Case No. 13-40209 |
| Debtors. | ) | Honorable Timothy A. Barnes |

**DEBTORS' MOTION FOR FINAL DECREE**

NOW COME, Mark and Patricia Muehler, (the "Debtors") debtors and debtors in possession herein, by and through their attorneys, the Law Office of Deborah Kanner Ebner, move this Honorable Court pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022 for the entry of a Final Decree closing this Chapter 11 case, and in support thereof, respectfully state as follows:

1. Debtors commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a voluntary petition for relief under Chapter 11 of the title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on October 14, 2013, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. Debtors have continued to manage their business and properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Code. No trustee or creditors committee has been appointed in this case.

3. This Court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. On June 3, 2014, the Debtors filed an Amended Plan Dated June 3, 2014 (the "Plan"), and Amended Disclosure Statement Dated June 3, 2014 (the "Disclosure Statement").

5. On July 15, 2014, the Court entered an Order Confirming the Amended Chapter 11 Plan Dated June 3, 2014. On July 26, 2014 the Order Confirming Amended Chapter 11 Plan

4

became final.

6. On August 21, 2014, the Amended Plan became effective.

7. Pursuant to the terms of the Plan, the administrative claims of the Law Office of Deborah Kanner Ebner and Lois West of Popowcer Katten Ltd have been paid in full, or, as otherwise agreed by the parties. The status of all remaining payments is as follows:

| Class No. | Creditor Name | Due Date | Amount |
|---|---|---|---|
| 1 | Green Tree Servicing LLC | 1st of each month | $422.72 |
| 2 | JP Morgan Chase Bank, N.A. | 15th of each month | $426.14 |
| 3 | Wells Fargo Bank, N.A. | 15th of each month | $1,121.51 |
| 4 | Nationstar Mortgage, LLC | 1st of each month | $1,677.12 |
| 5 | Standard Bank & Trust | 15th of each month | $3,834.00 |
| 6 | Citimortage, Inc. | Same as Note | $2,778.74 |
| 7 | Michael Steck | 15th of each month | $673.75 |
| 8 | Honda Financial Services | 15th of each month | $547.63 |
| 9 | Bank of America | 15th of each month | $362.86 |
| 10 | Will County Forest Preserve District | N/A | No distribution; no allowed claim of record |
| 11 | Property Taxes | All payments current | |
| 12 | PNC Bank, N.A. | 15th of each month | $178.10 |
| 13 | General Unsecured Creditors | On or before the 5th anniversary of Plan confirmation with interest payment commencing on the 1st | |

5

| Class No. | Creditor Name | Due Date | Amount |
|---|---|---|---|
|  |  | anniversary of Final Order of confirmation[1] |  |
| 14 | Mark and Patricia Muehler | Ownership |  |

8. All the payments scheduled for commencement pursuant to the confirmed Plan have commenced[2].

9. All property proposed by the Plan to be transferred has been transferred.

10. There are no objections to claims pending. There are no open adversary proceedings or other contested matters. Notice of this Motion has been issued to all creditors and parties in interest.

11. All fees due to the United States Trustee have been paid.

12. Bankruptcy Rule 3022 provides that: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Section 350(a) of the Code provides that: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

13. Debtors request that the Court enter a final decree closing their chapter 11 case.

---

[1] Pursuant to the confirmed Plan, the initial distribution originally believed available for the general unsecured body on the effective date totaled $3,079.40, subject to the receipt of an accurate reinstatement figure from the Class 6 creditor. **The reinstatement amount received from the Class 6 creditor exceeded Debtors' estimate by approximately $10,000.00 resulting in a corresponding diminution of funds available for Class 13 on the effective date.**

[2] Most of the classes are scheduled to receive their initial post-confirmation payments on September 15. Debtors-in-possession contacted counsel for each of the secured creditors in August 2014 and requested Plan payment of each creditor, according to the books and records of each such creditor. In the absence of a response, Debtors-in-possession have prepared their own Plan payment calculation, which Plan payment is referenced in paragraph 7 above, and scheduled for issuance by Debtors' depository on each respective due date.

**WHEREFORE**, Mark and Patricia Muehler, debtors and debtors-in-possession herein, pray for an entry of a Final Decree closing this Chapter 11 case and for such other and different relief as this Court deems proper and just.

Respectfully submitted,
MARK AND PATRICIA MUEHLER,

By:    /s/Deborah K. Ebner
     One of their attorneys

Deborah K. Ebner (ARDC No. 61816159)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

7