UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-40209 |
| MARK AND PATRICIA MUEHLER, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FINAL DECREE

     This cause coming before the Court for the entry of a Final Decree closing this Chapter 11 case pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022, due notice having been given, this Court having jurisdiction and being fully advised in the premises, IT IS HEREBY ORDERED that this Chapter 11 case is closed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 30, 2014

**Prepared by:**